**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,  :  No. 130 WAL 2023
:
Respondent  :
:
:  Petition for Allowance of Appeal
:  from the Order of the Superior Court
v.  :
:
:
DORIAN DAVENPORT,  :
:
Petitioner  :

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of January, 2024, the Petition for Allowance of Appeal is **DENIED**.

    Justice McCaffery did not participate in the consideration or decision of this matter.